1 | **BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.**
2 | Chris Gibson, SBN 073353
    Ned M. Gelhaar, SBN 163185
3 | 555 Capitol Mall, Suite 1500
    Sacramento, CA 95814
4 | (916) 321-4444

5 | Attorneys for Plaintiff, Decorations for Generations, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF SACRAMENTO

| | |
|---|---|
| DECORATIONS FOR GENERATIONS, INC., | Case No.: CIV. S-01-0284 DFL PAN |
| Plaintiff, | STIPULATION VACATING HEARING DATE AND CONTINUING PROCEEDINGS ON CLAIMS FOR ATTORNEYS' FEES AND COSTS; ORDER |
| vs. | |
| HOME DEPOT U.S.A., INC.; MUTUAL ALLIED, LTD.; INTERNATIONAL BUSINESS CORPORATION; and MARK LU, | |
| Defendants. | |

The United States Court of Appeals for the Federal Circuit entered a judgment in this action, which was filed in this court in June 14, 2005. Plaintiff intends to file a petition for certiorari with the Supreme Court of the United States.

Defendants Home Depot U.S.A., Inc., International Business Corporation, and Mutual Allied, Ltd. filed a bill of costs. Plaintiff filed objections to the bill of costs. The same defendants filed a motion for an award of reasonable attorneys' fees and related non-taxable costs. They scheduled the hearing on the motion for August 31, 2005, at 10:00 a.m.

The parties have agreed that the court may continue the hearing on defendants' motion for attorneys' fees and further proceedings on defendants' claim of costs and request for attorneys' fees until the Supreme Court enters an order on the petition for certiorari. When the Supreme Court

///

///

enters an order, the parties' counsel shall contact the court to schedule further proceedings.

Dated: July 28, 2005

BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

By  /s/ Chris Gibson
Chris Gibson, Attorneys for Plaintiff, Decorations for Generations, Inc.

Dated: July 28, 2005

SMITH, GAMBRELL & RUSSELL, LLP

By  /s/ Robert J. Veal
Robert J. Veal, Esq., Attorney for Defendants

IT IS SO ORDERED.

Dated: August 3, 2005

/s/ David F. Levi
David F. Levi
United States District Judge

87962